# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **Jakuta Diodes, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No.  6:16-cv-01180-RWS** |
| **v.** | § | |
| | § | |
| **General Motors Company, a Delaware corporation,** | § | **JURY TRIAL** |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Jakuta Diodes, LLC ("Plaintiff") announced to the Court that Plaintiff's claims for relief against General Motors Company ("GM") have been resolved. Plaintiff therefore requests that the Court dismiss Plaintiff's claims against GM with prejudice pursuant to FRCP 41(a) and with attorneys' fees, costs and expenses taxed against the party incurring same. The Court has considered this request and finds it should be granted.

It is therefore **ORDERED** that Plaintiff's claims against GM are dismissed with prejudice. It is further **ORDERED** that all attorneys' fees, costs and expenses shall be borne by the party incurring same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to close this case.

**SIGNED this 17th day of April, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE